SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
MATTHEW M. SONNE, Cal. Bar No. 239110
rsimmons@sheppardmullin.com
msonne@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile:  714-513-5130

Attorneys for Defendant
FRY'S ELECTRONICS, INC.

FILED
2008 APR -3 P 1:38
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING
ADR
RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08 01799

| | |
|---|---|
| MANUAL RUBIO, GEORGE MENDEZ, MIGUEL GARCIA, WILLIAM GUIDICE, DARLENE MURILLO, YAJARIA FRIAS AND RONALD LACAYO, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>v.<br><br>FRY'S ELECTRONICS, INC. AND DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | Case No.<br><br>[Superior Court Case No. 108CV-106994]<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**<br><br>Complaint Filed: February 28, 2008<br>Trial Date:         None Set |

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than
3  the named parties, there is no such interest to report.

4

5  Dated: April 3, 2008

6                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
7
8                          By  /s/ Matthew M. Sonne
9                                    RICHARD J. SIMMONS
                                     MATTHEW M. SONNE
10                                   Attorney for Defendant
11                                   FRY'S ELECTRONICS, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:3MMS1\400776979.1                                         -2-
                                                     CERTIFICATION OF INTERESTED ENTITIES OR
                                                                                      PERSONS

Case Name: Manuel Rubio et al. v. Fry's Electronics, Inc.
Case No.: United States District Court- Northern District of California
Case No.: C08 01799

I, the undersigned, declare and state that I am over 18 years of age, employed in the City of San Jose, County of Santa Clara, California, and not a party to this action. My business address is 600 E. Brokaw Road, San Jose, CA 95112. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On April 3, 2008, following ordinary business practice, I served **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** on parties in said cause by placing, on that date at my place of business, a true copy thereof enclosed in a sealed envelope for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business, addressed as follows:

**Peter K. Levine, Esq.**
**Law Offices of Peter K. Levine**
**5455 Wilshire Blvd Suite 1250**
**Los Angeles, CA 90036**

I declare I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: APRIL 3, 2008

_____
**Charlotte Nguyen**

- 3 -

**PROOF OF SERVICE BY MAIL – CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16**