Peter K. Levine, SBN 113672
Ari E. Moss, SBN 238579
LAW OFFICES OF PETER LEVINE
5455 Wilshire Blvd #1250
Los Angeles, CA 90036
Telephone: (323) 934-1234
Facsmilie: (323) 9341230
peter@peterlawfirm.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MANUEL RUBIO, GEORGE MENDEZ, MIGUEL GARCIA, WILLIAM GUIDICE, DARLENE MURILLO, YAJARIA FRIAS AND RONALD LACAYO, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiffs,<br><br>vs.<br><br>FRY'S ELECTRONICS, INC. AND DOES 1 THROUGH 20<br><br>Defendants. | Case No.: C 08-01799 RS (ADR)<br><br>**OPT-IN FORM OF PLAINTIFF MAUEL RUBIO FOR FAIR LABOR STANDARDS ACT CLASS ACTION** |

TO THE HONORABLE COURT:

Attached hereto as Exhibit A is the Class Action Opt-In Form for Manuel Rubio in the Fair Labor Standards Action Class Action filed as part of the above encaptioned litigation.

Dated: April 17, 2008

LAW OFFICES OF PETER K. LEVINE

By: _____
ARI E. MOSS
Attorney for Plaintiffs and the class

# EXHIBIT A

# FAIR LABOR STANDARDS ACT

## OPT-IN FORM

I, __MANUEL RUBIO__, elect to opt-in to a class action against Fry's Electronics, Inc. pursuant to the Fair Labor Standards Act. I elect to be represented by Peter K. Levine and Alber J. Gopin.

Date: __4-9-08__    By: _____
                         (Signature)

## PROOF OF SERVICE
Rubio vs. Fry's Electronics, Inc.
United States District Court - Northern District C 08-01799

I am over the age of eighteen years and not a party to the within action. My business address is 5455 Wilshire Blvd., Suite 1250, Los Angeles, Calif. 90036. I am employed at that address at the firm of Peter K. Levine, A Professional Law Corporation.

On the date set forth below I served the document(s) described as: **FAIR LABOR STANDARD ACT OPT-IN FORM** on all the interested parties in this action, by placing: [ ] the original [xx] true copies thereof enclosed in sealed envelopes, addressed as follows, which addresses are the addresses last given by the respective addressees on any document filed in the above case and served on Peter K. Levine, A Professional Law Corporation:

Richard Simmons, Esq.
Matthew M. Sonne, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON
650 Town Center Drive, 4th Floor
Costa Mesa, Calif. 92626
Tel.: (714) 513-5100

[x]  **BY MAIL:** On the date set forth below I deposited such envelope(s), in a mailbox regularly maintained by the U.S. Postal Service in Los Angeles County, California. The envelope(s) was/were deposited with postage thereon fully prepaid.

[ ]  **BY METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY** On the date set forth below I deposited such envelope(s) in a box or other facility regularly maintained by the express service carrier, or delivered such envelope(s) to an authorized courier or driver authorized by the express service carrier to receive documents, with delivery fees paid or provided for. The envelope was an envelope or package designated by the express service carrier.

[ ]  **(BY PERSONAL SERVICE):** I personally served said document(s) on the date set forth below, by leaving them, inside the envelope(s) clearly labeled to identify the attorney(s) being served, at the offices of the attorney(s) listed above, at the address(es) listed above, with a receptionist or other person having charge of the office(s), between the hours of 9:00 a.m. and 5:00 p.m.

[ ]  **BY FACSIMILE** On the date set forth below, I transmitted the above document(s) from facsimile machine number (323) 934-1230, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The Facsimile Machine I used complied with California Rule of Court 2003(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

[x]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles County, California, on April 17, 2008

Connie Estrada

- 1 -