1  Peter K. Levine, SBN 113672
   Ari E. Moss, SBN 238579
2  LAW OFFICES OF PETER LEVINE
   5455 Wilshire Blvd #1250
3  Los Angeles, CA 90036
   Telephone: (323) 934-1234
4  Facsimile: (323) 9341230
   peter@peterlawfirm.com
5

6  Attorney for Plaintiffs

7

8               UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 MANUEL RUBIO, GEORGE MENDEZ,          ) Case No.: C 08-01799 RS (ADR)
12 MIGUEL GARCIA, WILLIAM GUIDICE,       )
   DARLENE MURILLO, YAJARIA FRIAS        ) CONSENT TO PROCEED BEFORE A
13 AND RONALD LACAYO, ON BEHALF OF       ) UNITED STATES MAGISTRATE JUDGE
   THEMSELVES AND ALL OTHERS             )
14 SIMILARLY SITUATED                    )
                                         )
15         Plaintiffs,                   )
                                         )
16    vs.                                )
17                                       )
   FRY'S ELECTRONICS, INC. AND DOES 1    )
18 THROUGH 20                            )
                                         )
19                                       )
           Defendants.                   )
20                                       )
                                         )
21 _____)

22

23

24

25

26

27

28

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
- 1-

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party, hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including, trial, and order the entry of final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeal for the Ninth Circuit.

Dated: April 17, 2008     LAW OFFICES OF PETER K. LEVINE

By: _____
ARI E. MOSS
Attorney for Plaintiffs and the class

**PROOF OF SERVICE**
Rubio vs. Fry's Electronics, Inc.
United States District Court - Northern District C 08-01799

I am over the age of eighteen years and not a party to the within action. My business address is 5455 Wilshire Blvd., Suite 1250, Los Angeles, Calif. 90036. I am employed at that address at the firm of Peter K. Levine, A Professional Law Corporation.

On the date set forth below I served the document(s) described as: **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on all the interested parties in this action, by placing: [ ] the original [xx] true copies thereof enclosed in sealed envelopes, addressed as follows, which addresses are the addresses last given by the respective addressees on any document filed in the above case and served on Peter K. Levine, A Professional Law Corporation:

| | |
|---|---|
| Richard Simmons, Esq.<br>Matthew M. Sonne, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, Calif. 92626<br>Tel.: (714) 513-5100 | |

[ x ] **BY MAIL**: On the date set forth below I deposited such envelope(s), in a mailbox regularly maintained by the U.S. Postal Service in Los Angeles County, California. The envelope(s) was/were deposited with postage thereon fully prepaid.

[ ] **BY METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY** On the date set forth below I deposited such envelope(s) in a box or other facility regularly maintained by the express service carrier, or delivered such envelope(s) to an authorized courier or driver authorized by the express service carrier to receive documents, with delivery fees paid or provided for. The envelope was an envelope or package designated by the express service carrier.

[ ] **(BY PERSONAL SERVICE)**: I personally served said document(s) on the date set forth below, by leaving them, inside the envelope(s) clearly labeled to identify the attorney(s) being served, at the offices of the attorney(s) listed above, at the address(es) listed above, with a receptionist or other person having charge of the office(s), between the hours of 9:00 a.m. and 5:00 p.m.

[ ] **BY FACSIMILE** On the date set forth below, I transmitted the above document(s) from facsimile machine number (323) 934-1230, in compliance with transmission as provided in California Rule of Court 2008. The fax number(s) that I used are shown above or on the attached Service List, along with the names of recipients and the interested parties. The Facsimile Machine I used complied with California Rule of Court 2003(3). The transmission was reported as complete and without error by the machine, which properly issued the transmission report.

[ x ] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Los Angeles County, California, on April 17, 2008

_____
Connie Estrada

- 1 -