1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  MATTHEW M. SONNE, Cal. Bar No. 239110
   rsimmons@sheppardmullin.com
4  msonne@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone: 714-513-5100
6  Facsimile:  714-513-5130

7  Attorneys for Defendant
   FRY'S ELECTRONICS, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | MANUAL RUBIO, GEORGE              | Case No. C 08-01799 RS
   | MENDEZ, MIGUEL GARCIA,            |
13 | WILLIAM GUIDICE, DARLENE          |
   | MURILLO, YAJARIA FRIAS AND        | NOTICE OF OBJECTION TO
14 | RONALD LACAYO, ON BEHALF OF       | ASSIGNMENT OF MAGISTRATE
   | THEMSELVES AND ALL OTHERS         | JUDGE
15 | SIMILARLY SITUATED                |

16             Plaintiffs,

17    v.

18 FRY'S ELECTRONICS, INC. AND
   DOES 1 THROUGH 20, inclusive,
19
                Defendants.
20

---

-1-

W02-WEST:3MMS1\400806048.1          OBJECTION TO ASSIGNMENT OF MAGISTRATE
                                                                    JUDGE

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3
4      Notice is hereby given that in accordance with the provisions of Title
5  28, U.S.C. Section 636, the undersigned party objects to the assignment of the
6  above-referenced matter to a magistrate judge for all purposes. Accordingly,
7  Defendant requests that this matter be assigned to a United States District Court
8  judge.
9
10 Dated: April 23, 2008
11
                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12
13                                  By _____
14                                      RICHARD J. SIMMONS
                                        MATTHEW M. SONNE
15                                      Attorney for Defendant
16                                      FRY'S ELECTRONICS, INC.
17
18
19
20
21
22
23
24
25
26
27
28

-2-
W02-WEST:3MMS1\400806048.1                OBJECTION TO ASSIGNMENT OF MAGISTRATE
                                                                          JUDGE

|   |   |
|---|---|
| Case Name: | Manuel Rubio et al. v. Fry's Electronics, Inc. |
| Case No.: | United States District Court- Northern District of California |
|   | Case No.: C 08-01799 RS |

I, the undersigned, declare and state that I am over 18 years of age, employed in the City of San Jose, County of Santa Clara, California, and not a party to this action. My business address is 600 E. Brokaw Road, San Jose, CA 95112. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On April 30, 2008, following ordinary business practice, I served **NOTICE OF OBJECTION TO ASSIGNMENT OF MAGISTRATE JUDGE** on parties in said cause by placing, on that date at my place of business, a true copy thereof enclosed in a sealed envelope for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business, addressed as follows:

**Peter K. Levine, Esq.**
**Law Offices of Peter K. Levine**
**5455 Wilshire Blvd Suite 1250**
**Los Angeles, CA 90036**

I declare I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: APRIL 30, 2008

Charlotte Nguyen

- 3 -

**PROOF OF SERVICE BY MAIL – NOTICE OF OBJECTION TO ASSIGNMENT OF MAGISTRATE JUDGE**