UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MANUAL RUBIO, ET AL.
        Plaintiff(s),

v.

FRY'S ELECTRONICS, INC., ET AL.
        Defendant(s).

Case No. CV 08-01799 RMW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 15, 2008

          [Party]
          FRY'S ELECTRONICS, INC.

Dated: July ___, 2008

          [Counsel]
          Richard J. Simmons
          Matthew M. Sonne

American LegalNet, Inc.
www.USCourtForms.com