UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 25, 2008

Case No. C-08-01799-RMW      JUDGE: Ronald M. Whyte

MANUEL RUBIO, et al.     -V- FRY'S ELECTRONICS, INC., et al.
Title

P. Levine via Phone                              M. Sonne via Phone
Attorneys Present (Plaintiff)                    Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia            COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held. The parties are to submit a stipulation resolving the remand issue and agreeing on an ADR process by 9/22/08. The Court set a Further Case Management Conference for 9/26/08 @ 10:30 AM. If the parties submit a stipulation resolving the issues, counsel shall contact the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.