SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RICHARD J. SIMMONS, Cal. Bar No. 72666
MATTHEW M. SONNE, Cal. Bar No. 239110
rsimmons@sheppardmullin.com
msonne@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714-513-5100
Facsimile: 714-513-5130

Attorneys for Defendant
FRY'S ELECTRONICS, INC.

LAW OFFICES OF PETER K. LEVINE
Peter K. Levine, Cal. Bar No. 113672
Albert J. Gopin, Cal. Bar No. 65978
peter@peterlawfirm.com
5455 Wilshire Boulevard, Suite 1250
Los Angeles, CA 90036
Telephone: (323) 934-1234
Facsimile: (323) 934-1230

Attorneys for Plaintiffs
MANUEL RUBIO, et al.

*E-FILED - 9/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RUBIO, et al.<br><br>            Plaintiffs,<br><br>      vs.<br><br>FRY'S ELECTRONICS, INC., et al.<br><br>            Defendants. | Case No.: **C 08-01799-RMW**<br><br>XXXXXXXXXXXX **ORDER TO STAY PROCEEDINGS AND ARBITRATE ALL CLAIMS** |

Upon the stipulation of the parties, it is hereby ordered that these proceedings are stayed in order for Plaintiffs' individual and class claims to be submitted to binding arbitration in accordance with the following terms::

1. Arbitration will be conducted by one JAMS retired judge to be agreed-upon by the parties, who possesses experience presiding over wage and hour class action cases;

2. Arbitration fees will be paid by Fry's Electronics, Inc.;

3. Arbitration under JAMS Class Action Procedures and/or rules or procedures agreed to by the parties;

4. The Arbitrator shall have the authority to order discovery as it deems necessary including depositions, interrogatories, or document productions. The Arbitrator shall also have the authority to rule on discovery disputes and/or motions;

5. Fry's does not contend that the arbitration agreements of the named plaintiffs prohibit arbitration on a class basis if it is ultimately determined that the plaintiffs have met their burden of demonstrating the appropriateness of class certification in accordance with all applicable standards; and

6. Arbitration venue in Santa Clara County, California.

**IT IS SO ORDERED.**

Dated: __9/23__, 2008

*Ronald M. Whyte*
Hon. Judge Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

W02-WEST:3MMS1\401025146.1                -2-