1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  MATTHEW M. SONNE, Cal. Bar No. 239110
   rsimmons@sheppardmullin.com
4  msonne@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California  92626-1993
   Telephone:  714-513-5100
6  Facsimile:   714-513-5130

7  Attorneys for Defendant
   FRY'S ELECTRONICS, INC.
8

9            UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 | MANUAL RUBIO, GEORGE MENDEZ, MIGUEL GARCIA, WILLIAM GUIDICE, DARLENE MURILLO, YAJARIA FRIAS AND RONALD LACAYO, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED | Case No. CV 08-01799 RMW
|---|---|
| | **JOINT STIPULATION TO DISMISS ENTIRE ACTION** |
| Plaintiffs, | Complaint Filed:  February 28, 2008 |
| v. | |
| FRY'S ELECTRONICS, INC. AND DOES 1 THROUGH 20, inclusive, | |
| Defendants. | |

W02-WEST:3MMS1\404015361.1                     -1-

1 | Plaintiffs Manual Rubio, George Mendez, Miguel Garcia, William
2 | Guidice, Darlene Murillo, Yajaria Frias and Ronald Lacayo (collectively,
3 | "Plaintiffs") and Defendant Fry's Electronics, Inc. ("Defendant"), by and through
4 | their counsel of record, enter into the following Stipulation ("Stipulation"):
5 | The Parties hereby stipulate pursuant to Rule 41(a)(1) of the Federal
6 | Rules of Civil Procedure that the Complaint in the above-captioned action (to which
7 | Defendant previously filed an Answer) be dismissed. The Parties further stipulate
8 | that Plaintiffs' individual claims are to be dismissed with prejudice, and any putative
9 | class action claims are to be dismissed without prejudice. All Parties to bear their
10 | own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: September 30, 2011

By _____
PETER K. LEVINE
Attorneys for Plaintiff
MANUAL RUBIO, GEORGE MENDEZ,
MIGUEL GARCIA, WILLIAM GUIDICE,
DARLENE MURILLO, YAJARIA FRIAS
AND RONALD LACAYO

Dated: September 30, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
MATTHEW M. SONNE
Attorneys for Defendant
FRY'S ELECTRONICS, INC.

W02-WEST:3MMS1\404015361.1                       -2-